IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PARRY DELOACH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 20-cv-186-NJR |
| | ) | |
| CRAIG RICHERT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

**ROSENSTENGEL, Chief District Judge:**

On February 18, 2020, Plaintiff was ordered to pay the filing fee of $400.00 or to file an IFP Motion within thirty days and was warned that failure to comply would result in dismissal of the action. (Doc. 2). On April 8, 2020, the Court entered a second order directing Plaintiff to pay the filing fee or file a properly completed IFP Motion on or before April 22, 2020, and was once again warned that failure to comply would result in dismissal of the action. (Doc. 5). To date, Plaintiff has failed to pay the filing fee or file for IFP. Therefore, this action is **DISMISSED** without prejudice for failure to comply with an Order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). Plaintiff's obligation to pay the $400.00 filing fee for this action was incurred at the time the action was filed. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). Accordingly, the agency having custody of Plaintiff is directed to remit the $400.00 filing fee from his prison trust fund account if such funds are available. If he does not have $400.00 in his account, the agency must send an initial payment of 20% of the current balance or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments of 20% of the preceding month's income credited to Plaintiff's trust

fund account (including all deposits to the inmate account from any source) until the statutory fee of $400.00 is paid in its entirety. The agency having custody of Plaintiff shall forward payments from his account to the Clerk of Court each time his account exceeds $10.00 until the $400.00 filing fee is paid. Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois.  The Clerk is **DIRECTED** to mail a copy of this Order to the Trust Fund Officer at the Madison County Jail *upon entry of this Order*.

    **IT IS SO ORDERED.**

    **DATED: April 30, 2020**

                                     **s/ NANCY J. ROSENSTENGEL**
                                     **U.S. Chief District Judge**